IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN BUSTAMANTE,<br><br>Defendant and Judgment Debtor.<br><br>THE SF LGBT CENTER,<br>(and its Successors and Assignees),<br><br>Garnishee. | CASE NO. : 2:17MC00150-GEB<br><br>**ORDER TERMINATING THE WRIT OF CONTINUING GARNISHMENT (WAGES)**<br><br>CRIMINAL CASE NO.: 2:09CR00504-GEB |

The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Continuing Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number against Benjamin Bustamante is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B) and this case is hereby CLOSED.

IT IS SO ORDERED.

Dated: June 20, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER TERMINATING THE WRIT OF
CONTINUING GARNISHMENT (WAGES)         1